IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ZAKAI ZEIGLER,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>*Defendant*. | Case No. 3:25-CV-00226-KAC-DCP<br><br>JUDGE CRYTZER<br><br>MAGISTRATE JUDGE POPLIN |

### DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S NOTICE OF FILING OF SUPPLEMENTAL AUTHORITY

Defendant National Collegiate Athletic Association (NCAA) submits this Notice of Filing of Supplemental Authority to advise the Court of an order issued this morning in *Coley v. NCAA*, No. 25-CV-98-D (E.D.N.C.). The *Coley* court denied the motion for preliminary injunction, finding that the challenged eligibility rules were neither commercial in nature, nor produced a substantial anticompetitive effect. A copy of the *Coley* Order is attached as **Exhibit 1**.

Dated this 6th day of June, 2025.

Respectfully submitted,

*s/ Taylor J. Askew*
Taylor J. Askew (BPR 033193)
David J. Zeitlin (BPR 037664)
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
T: (615) 244-6380
F: (615) 244-6804
taylor.askew@hklaw.com
david.zeitlin@hklaw.com

Rakesh Kilaru

1

(*Pro Hac Vice* application pending)
Max Warren
(*Pro Hac Vice* application pending)
Wilkinson Stekloff LLP
2001 M Street N.W., 10th Floor
Washington, DC 20036
(202) 847-4000
rkilaru@wilkinsonstekloff.com
mwarren@wikinsonsteloff.com

*Counsel for Defendant*
*National Collegiate Athletic Association*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, I electronically filed the foregoing Response to Plaintiff's Motion For Preliminary Injunction with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

Dated: June 6, 2025

By: *s/ Taylor J. Askew*
Taylor J. Askew
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, TN 37219
taylor.askew@hklaw.com

*Counsel for National Collegiate Athletic Association*