# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:25-cv-226                                                      Date: June 6, 2025

Zakai Zeigler     vs.     National Collegiate Athletic Association

**PROCEEDINGS:** Preliminary Injunction Hearing. Arguments heard. Order to follow.

---

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE

---

| | |
|---|---|
| Jason Huffaker | Terri Grandchamp |
| **Deputy Clerk** | **Court Reporter** |
| | |
| J. Little/Z. Lawson/M. Garza | T. Askew/M. Warren/D. Zeitlin |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

1:47 – 3:29