UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ZAKAI ZEIGLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  3:25-cv-226-KAC-JEM |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) ) ) |
| Defendant. | ) ) |

### ORDER REGARDING SUPPLEMENTATION

This matter is before the Court following a hearing on Plaintiff's "Motion for Preliminary Injunction" [Doc. 3]. As discussed at the hearing, the Court will permit expedited supplemental briefing on one issue. By **June 7, 2025**, Plaintiff **MUST** file any supplemental brief addressing (1) whether Plaintiff is an "intercollegiate athlete" as defined in Tenn. Code Ann. § 49-7-2801(6); and (2) what legal standard applies to Plaintiff's claim under the Tennessee Trade Practices Act, Tenn. Code Ann. § 47-25-101. By **June 8, 2025**, Defendant **MUST** file any supplemental response brief to any supplemental brief Plaintiff files. No brief may exceed **seven (7) pages** in length.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge