# EXHIBIT 2

Docusign Envelope ID: 7E4A0BD7-56E6-4EFA-88D4-6EDF676532EA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ZAKAI ZEIGLER, | ) |
| Plaintiff, | ) |
| | ) Case No. 3:25-CV-00226-KAC-DCP |
| v. | ) |
| | ) JUDGE CRYTZER |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) MAGISTRATE JUDGE POPLIN |
| Defendant. | ) |

## **SUPPLEMENTAL DECLARATION OF ZAKAI ZEIGLER**

1. I, Zakai Zeigler, state that I am over the age of eighteen and competent to make this supplemental declaration.

2. I have been informed that, if my Motion for Preliminary Injunction is granted, I will have a roster spot on the University of Tennessee Men's Basketball Team for the 2025-2026 season.

3. I do not have a guaranteed roster spot for any future season.

4. The opportunity to play in the 2025-2026 season would not only give me a chance to earn significant NIL income, but it also would allow me to continue to elevate my level of play in the most competitive conference in the nation. I see the possibility of a fifth year and the opportunity to attend graduate school as the opportunity of a lifetime. If successful, I would be the first person in my family to obtain a graduate degree.

5. The team began summer practice on Monday, June 2, 2025. Based on my experience with the team over the past four seasons, I know that it is important

to be involved in team practices, including those early in the season, as those practices are vital to development of the team as a whole, especially team chemistry. This chemistry and early bonding ultimately increases the overall success of the team over the long season.

6. The 2024-2025 NCAA basketball season wrapped up on April 7, 2025. I have heard from many people in the Division 1 community that the NCAA was seriously considering changing the Four-Seasons Rule to allow five seasons of play over five years. Since many of my teammates had been granted five seasons of eligibility, and with all the talk about this rule change potentially happening, I was really hoping I'd get that same chance too.

7. As of early May, I determined that I could not afford to wait and see if this rule change would happen, and I chose to employ an attorney to file this motion.

8. The chance to learn from experienced upperclassmen and fifth-year players has been very valuable to me. Having a veteran presence on the team taught me how to succeed not just as a student and athlete, but as a person. If I get the opportunity to play a fifth year, I want to do the same thing for the younger guys on the team and pay it forward.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DocuSigned by:

Zakai Zeigler
June 7, 2025