IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ZAKAI ZEIGLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:25-cv-00226 |
| v. | ) |
| | ) |
| NATIONAL COLLEGIATE | ) |
| ATHLETIC ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Zakai Zeigler appeals to the United States Court of Appeals for the Sixth Circuit — pursuant to 28 U.S.C. § 1292(a)(1) — from the Memorandum Opinion (Dkt. 41) entered in this case on June 12, 2025, which denied Mr. Zeigler's Motion for a Preliminary Injunction (Dkt. 3).

Respectfully submitted,

*/s/ Alex Little*
J. Alex Little (TN BPR #29858)
Zachary C. Lawson (TN BPR #36092)
LITSON PLLC
111 East Jackson Ave, Suite 203
Knoxville, TN 37915
Telephone: 615-985-8205
alex@litson.co | zack@litson.co

*/s/ Marcos M. Garza*
Marcos M. Garza (TN BPR #21483)
Brent Morris (TN BPR #24621)
Anderson Cofer (*Pro Hac* Pending)
GARZA LAW FIRM, PLLC
550 W. Main Street, Suite 340
Knoxville, Tennessee 37902
Telephone: 865-540-8300
Mgarza@garzalaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of June, 2025, a true and correct copy of the foregoing has been served via the Court's CM/ECF system upon all counsel of record.

*/s/ Alex Little*
