**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 18, 2025

Mr. Taylor Jarvis Askew
Holland & Knight
511 Union Street
Suite 2700
Nashville, TN 37219

Mr. Marcos M. Garza
Garza Law Firm
550 W. Main Street
Suite 340
Knoxville, TN 37902

Mr. Joseph Alex Little
Litson
111 E. Jackson Avenue
Suite 203
Knoxville, TN 37915

       Re: Case No. 25-5576, *Zakai Zeigler v. NCAA*
          Originating Case No. : 3:25-cv-00226

Dear Counsel,

  This appeal has been docketed as case number **25-5576** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

  At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **July 2, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal

Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/A. Macon
Case Manager
Direct Dial No. 513-564-7015

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 25-5576

ZAKAI ZEIGLER

    Plaintiff - Appellant

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

    Defendant - Appellee