**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: July 02, 2025

Mr. Taylor Jarvis Askew

Mr. Daniel Epps

Mr. Rakesh Kilaru

Mr. Max Warren

Mr. Marcos M. Garza

Mr. Zachary Carter Lawson

Mr. Joseph Alex Little IV

          Re:  Case No. 25-5576, *Zakai Zeigler v. NCAA*
                Originating Case No.: 3:25-cv-00226

Dear Counsel,

   The Court issued the enclosed Order today in this case.

                                                       Sincerely,

                                                         s/A. Macon
                                                       Case Manager
                                                       Direct Dial No. 513-564-7015

cc:  Ms. LeAnna Wilson

Enclosure

Case No. 25-5576

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ZAKAI ZEIGLER

    Plaintiff - Appellant

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

    Defendant - Appellee

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                       **ENTERED PURSUANT TO RULE 45(a),**
                                       **RULES OF THE SIXTH CIRCUIT**
                                       Kelly L. Stephens, Clerk

Issued: July 02, 2025