UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ZAKAI ZEIGLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 3:25-CV-226-KAC-DCP |
| | ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On September 9, 2025, the Court stayed this action "until the *Pavia* matter currently before the Sixth Circuit is resolved" [Doc. 47 at 2]. On October 1, 2025 the Sixth Circuit resolved the *Pavia* matter. *See Pavia v. NCAA*, No. 24-6153, 2025 WL 2787816 (6th Cir. Oct. 1, 2025) (concluding that the appeal was moot). This Court previously ordered the Parties to file a joint notice within three (3) days of the resolution of the *Pavia* matter [Doc. 47 at 2]. The Parties did not provide that notice. Nonetheless, by **October 30, 2025** the Parties **SHALL file a joint status report** addressing (1) any impact that the resolution of the *Pavia* matter may have on this action and (2) how Plaintiff's apparent membership on Nanterre 92, a professional basketball team that is part of the LNB Elite League, *see* Nanterre 92, https://www.nanterre92.com/equipe-pro/equipe/joueurs/ (last visited Oct. 8, 2025), impacts the status of this case. If the Parties cannot agree on a joint submission, each Party shall file a separate status report. No status report may exceed **five (5) pages** in length.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge