**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION**

| | |
|---|---|
| **ZAKAI ZEIGLER,** | **Case No. 3:25-CV-00226-KAC-DCP** |
| **Plaintiff,** | **DISTRICT JUDGE CRYTZER** |
| **v.** | **MAGISTRATE JUDGE POPLIN** |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,** | |
| **Defendant.** | |

**JOINT STATUS REPORT**

Pursuant to this Court's October 8, 2025 Order [D.E. 48], Plaintiff Zakai Zeigler ("Plaintiff") and Defendant National Collegiate Athletic Association ("NCAA") (together, the "Parties") submit this joint status report addressing "(1) the impact that the resolution of the *Pavia* matter may have on this action and (2) how Plaintiff's apparent membership on Nanterre 92, a professional basketball team that is part of the LNB Elite League [] impacts the status of this case."

As to topic 1, the Parties do not believe the resolution of the *Pavia* appeal materially impacts this dispute. The NCAA understands that Plaintiff intends to pursue his monetary claims as originally pled, subject to the limitations below. The NCAA intends to defend against those claims should Plaintiff pursue them.

As to topic 2, the Parties believe that Plaintiff's participation in a professional basketball league moots Plaintiff's request for injunctive relief and could affect damages by potentially mitigating the amount of damages Plaintiff can recover, should he prevail.

Dated: October 30, 2025

By: */s/ Taylor J. Askew*
Rakesh Kilaru (*pro hac vice*)
Max Warren (*pro hac vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com
mwarren@wilkinsonstekloff.com

Taylor J. Askew (BPR 033193)
David J. Zeitlin (BPR 037664)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
taylor.askew@hklaw.com
david.zeitlin@hklaw.com

*Counsel for National Collegiate Athletic Association*

*/s/ Zachary C. Lawson*
Zachary C. Lawson (TN BPR #36092)
J. Alex Little (TN BPR #29858)
LITSON PLLC 111
East Jackson Ave, Suite 203
Knoxville, TN 37915
Telephone: 615-985-8205
zack@litson.co | alex@litson.co
and


Marcos M. Garza (TN BPR #21483)
Brent Morris (TN BPR #24621)
Anderson Cofer (*Pro Hac Vice*)
GARZA LAW FIRM, PLLC
550 W. Main Street, Suite 340
Knoxville, Tennessee 37902
Telephone: 865-540-8300
Mgarza@garzalaw.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2025, I electronically filed the foregoing Joint Motion to Stay with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and counsel of record.

By: */s/ Taylor J. Askew*

Taylor J. Askew
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, Tennessee 37219
taylor.askew@hklaw.com

*Counsel for National Collegiate Athletic Association*