UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ZAKAI ZEIGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:25-CV-226-KAC-DCP |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC | ) | |
| ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On July 24, 2026, Plaintiff Zakai Zeigler filed an "Unopposed Motion to Continue Trial Date and Amend Scheduling Order" [Doc. 66]. In support of the Motion, Plaintiff states that the "NCAA [has] publicly announced a substantial change to its Division I eligibility rules" [Doc. 66 at 2]. And Plaintiff separately states that he "intends to seek leave to amend the operative complaint to assert additional state-law claims" [*Id.*].

Two issues immediately present themselves. *First*, Plaintiff has already amended his complaint once as a matter of right, [*see* Docs. 1, 53], and he has not filed a motion to amend his operative Amended Complaint, *see* E.D. Tenn. L.R. 15.1. *Second*, Defendant National Collegiate Athletic Association's motion to dismiss Plaintiff's operative Amended Complaint is fully-briefed and ready to be adjudicated [*See* Doc. 54]. If the Court were to grant that motion to dismiss as Defendant requests, the Court would dismiss the Amended Complaint and enter judgment in Defendant's favor based on the record currently before the Court [*See* Docs. 54 at 3, 55 at 16]. That record does not include analysis of the purported "change" in the NCAA's "Division I eligibility rules."

Because no Party opposed the Motion, the Parties should be permitted to address these issues now.  So, the Court **ORDERS** the Parties to file a supplemental brief by **August 4, 2026** that addresses the above issues and the potential impact of those issues on this case.  No brief may exceed **seven (7) pages** in length.  No brief may request relief from the Court.  If either Party wants to seek relief from the Court, that Party must file a qualifying motion.  *See* E.D. Tenn. L.R. 7.1(b).

SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge